UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF**:  CLEVELAND TERRY**          CASE NO:  **05-06691-8-SWH**
**BETTY ANN TERRY**

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **BANK OF AMERICA**<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | **$78.14** | 3/4/2010 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**September 27, 2010**            /s/ Trawick H. Stubbs, Jr.
                    **TRAWICK H. STUBBS, JR.**
                    **CHAPTER 13 TRUSTEE**
                    **P. O. BOX 1618**
                    **NEW BERN, NC  28563**
                    **(252) 633-0074**